In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

NO. 09-18-00031-CR
NO. 09-18-00032-CR

_____

**TIMMIE DALE HENDRICKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 15-10-10695-CR (Count 1 and Count 2)**

**MEMORANDUM OPINION**

On February 28, 2017, the trial court sentenced Timmie Dale Hendricks on two counts of conviction for promotion of child pornography. Hendricks filed a notice of appeal on January 22, 2018. As to each count, the trial court signed a certification in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certifications to the Court of Appeals. On January 24,

1

2018, we notified the parties that we would dismiss the appeals unless the appellant established grounds for continuing the appeals. No response has been filed. Because the notice of appeal was not timely filed and the trial court's certifications show the defendant does not have the right of appeal, we must dismiss the appeals. *See* Tex. R. App. P. 25.2(b), (d); *see also* Tex. R. App. P. 26.2(a). Accordingly, we dismiss the appeals.

APPEALS DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on February 27, 2018
Opinion Delivered February 28, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.